BNDJMS

# U.S. District Court
## Southern District of Florida (Ft Lauderdale)
## CRIMINAL DOCKET FOR CASE #: 0:22−mj−06344−JMS−1

Case title: USA v. Edwards

Date Filed: 07/18/2022

Date Terminated: 07/18/2022

Assigned to: Magistrate Judge
Jared M. Strauss

**Defendant (1)**

| | | |
|---|---|---|
| **Oliver Edwards** | represented by | **Noticing FPD−FTL** |
| *TERMINATED: 07/18/2022* | | (954) 356−7436 |
| | | Email: ftl_ecf@fd.org |
| | | *LEAD ATTORNEY* |
| | | *ATTORNEY TO BE NOTICED* |
| | | *Designation: Public Defender Appointment* |

| **Pending Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Opening)** | |
|---|---|
| None | |

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Terminated)** | |
|---|---|
| None | |

| **Complaints** | **Disposition** |
|---|---|
| 18:1349.F BANK FRAUD | |

**Plaintiff**

| | | |
|---|---|---|
| **USA** | represented by | **Jeffrey Kaplan** |
| | | United States Attorney's Office |
| | | 500 E Broward Boulevard |
| | | 7th Floor |
| | | Fort Lauderdale, FL 33301−3002 |

1

954–356–7255X3515
Fax: 356–7336
Email: jeffrey.kaplan@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

| Date Filed | # | Page | Docket Text |
|---|---|---|---|
| 07/18/2022 | 1 | | Magistrate Removal of Indictment from Oregon Case number in the other District 3:22–CR–187–MO as to Oliver Edwards (1). (dd) (Entered: 07/18/2022) |
| 07/18/2022 | 2 | | ORDER UNSEALING INDICTMENT from Oregon as to Oliver Edwards. Signed by Magistrate Judge Jared M. Strauss on 7/18/2022. *See attached document for full details.* (dd) (Entered: 07/18/2022) |
| 07/18/2022 | 3 | | Minute Order for proceedings held before Magistrate Judge Jared M. Strauss: Initial Appearance in Rule 5(c)(3)/Rule 40 Proceedings as to Oliver Edwards held on 7/18/2022. Bond set: Oliver Edwards (1) $200, 000 PSB. Date of Arrest : 7/18/22. Defendant waives removal and removal is ordered.. Attorney added: Noticing FPD–FTL for Oliver Edwards (Digital 11:59:36) Signed by Magistrate Judge Jared M. Strauss on 7/18/2022. (dd) (Entered: 07/18/2022) |
| 07/18/2022 | 4 | | WAIVER of Rule 5(c)(3)/Rule 40 Hearing by Oliver Edwards (dd) (Entered: 07/18/2022) |
| 07/18/2022 | 5 | | $200,000 PSB Bond Entered as to Oliver Edwards Approved by Magistrate Judge Jared M. Strauss. *Please see bond image for conditions of release.* (dd) (Additional attachment(s) added on 7/18/2022: # 1 Restricted Bond with 7th Page) (dd). (Entered: 07/18/2022) |
| 07/18/2022 | 6 | | ORDER OF REMOVAL ISSUED to District of Oregon as to Oliver Edwards. Closing Case for Defendant. Signed by Magistrate Judge Jared M. Strauss on 7/18/2022. *See attached document for full details.* (dd) (Entered: 07/18/2022) |

3

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

District of Oregon

| United States of America | )  |
|---|---|
| v. | ) Case No.    3:22-cr-187-MO-04 |
| OLIVER EDWARDS | ) |
| | ) **22-6344-MJ-STRAUSS** |
| | ) |
| | ) |
| *Defendant* | |

**FILED BY_____ _AT_ _____D.C.**

**Jul 18, 2022**

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - FTL

## ARREST WARRANT

To:    Any authorized law enforcement officer

       **YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*    OLIVER EDWARDS                               ,

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☐ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

   Conspiracy to Commit Bank Fraud

Date:    **05/20/2022**

                                              **s/E.Potter**
                                              *Issuing officer's signature*

City and State:    **Portland, Oregon**                         **E.Potter, Deputy Clerk**
                                                *Printed name and title*

| **Return** |
|---|
| This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____ at *(city and state)* _____ . |
| Date: _____                                          *Arresting officer's signature* |
|                                                       *Printed name and title* |

**UNDER SEAL**

FILED 19 MAY '22 16:34 USDC-ORP

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

FILED BY_____ AT _____ D.C.

Jul 18, 2022

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - FTL

UNITED STATES OF AMERICA

v.

████████████
████████████████
**OLIVER EDWARDS,**████

**Defendants.**

3:22-cr-187-MO

INDICTMENT

18 U.S.C. § 1349
18 U.S.C. § 1344
18 U.S.C. § 1028A

**UNDER SEAL**

OUR CASE NO:22-6344-STRAUSS

**THE GRAND JURY CHARGES:**

**COUNT 1**
**(Conspiracy to Commit Bank Fraud)**
**(18 U.S.C. § 1349)**

1.      At all times relevant to this indictment, Solarity Credit Union, Idaho Central Credit Union, O Bee Credit Union, TwinStar Credit Union, and Columbia Bank are "financial institutions" as defined in 18 U.S.C. § 20.

2.      Beginning on or about December 13, 2021, and continuing at least until on or about January, 2 2022, within the District of Oregon and elsewhere, defendants ████

████████████████████████████████████

████████     **OLIVER EDWARDS aka "Big O,"** ████████████████

along with others, known and unknown to the grand jury, did knowingly combine, conspire,

**Indictment**                                                                                         **Page 1**

confederate, and agree with each other to commit Bank Fraud, to wit, they agreed to knowingly execute and attempt to execute a material scheme and artifice to defraud financial institutions as to obtain money, funds, or other property owned or under the control of the named financial institutions by means of materially false or fraudulent pretenses, representations, or promises in violation of 18 U.S.C. § 1344(1) and (2).

### MANNER AND MEANS AND SCHEME TO DEFRAUD

3.      Defendants and their co-conspirators used the following manner and means to carry out the conspiracy and scheme to defraud:

4.      It was part of the conspiracy and scheme to defraud that defendants and their co-conspirators arranged interstate travel for themselves and others to engage in acts in furtherance of the conspiracy and scheme to defraud.

5.      It was part of the conspiracy and scheme to defraud that defendants and their co-conspirators broke into vehicles parked in various establishments including gyms, dog parks, and health clinics, for the purpose of stealing personal identifying information (such as driver's licenses), financial information (such as bank account information or checkbooks), and other valuables.

6.      It was part of the conspiracy and scheme to defraud that defendants and their co-conspirators recruited individuals to impersonate victims of the stolen identification information.

7.      It was part of the conspiracy and scheme that defendants and their co-conspirators would rent cars to carry out the conspiracy and scheme.

8.      It was part of the conspiracy and scheme to defraud that defendants and their co-conspirators traveled to banks and credit unions using the rental cars where they attempted to,

and did, impersonate victims (using personal identification) who had accounts at the banks and credit unions and attempted to, and did, cash stolen checks belonging to victims.

9.     It was part of the conspiracy and scheme that leaders in the conspiracy would use a co-conspirator to be an impersonator who would disguise herself as a victim to use that victim's identification when withdrawing funds. The impersonator would wear makeup or clothing like the relevant victim to better impersonate that victim. The leading co-conspirators exercised significant control over the impersonator, even restricting who the impersonator could or could not communicate with during the course of the conspiracy and scheme.

10.     It was part of the conspiracy and scheme that defendants and their co-conspirators were in constant communication with each other to advance the conspiracy and scheme, either by phone call or through text messaging.

11.     It was part of the conspiracy and scheme that defendants and their co-conspirators would conduct countersurveillance on law enforcement, including by monitoring police scanners, and would also actively seek to conceal the conspiracy and scheme from law enforcement, such as by replacing license plates on rental vehicles with stolen license plates, or by traveling in car convoys to block the license plates of the car that would be used to drive through a bank or credit union drive-through lane.

12.     The following adult victims were victimized by the conspiracy and scheme to defraud:

a.     Victim 1: On December 16, 2021, Victim 1's purse - containing her driver's license, debit cards, and credit cards – was stolen out of her vehicle while parked at a gym in Coeur d'Alene, Idaho.

**Indictment**                                                                 **Page 3**

b.      Victim 2: On December 18, 2021, Victim 2's purse - containing her driver's license, debit cards, and credit cards - was stolen out of her vehicle while parked at a dog park in Yakima, Washington.

c.      Victim 3: On December 20, 2021, Victim 3's purse - containing her driver's license, checkbook, credit card, and debit cards - was stolen out of her vehicle while parked at a vision clinic in Lacey, Washington.

d.      Victim 4: On December 20, 2021, Victim 4's purse - containing her driver's license, credit cards, checkbook, and approximately $400 in cash - was stolen out of her vehicle while parked at a veterinary hospital in Olympia, Washington.

e.      Victim 5: On December 22, 2021, Victim 5's rear license plate was stolen from his vehicle while parked in Kennewick, Washington.

f.      Victim 6: On December 29, 2021, Victim 6's purse - containing her driver's license, social security card, debit cards, credit cards, and approximately $200 in cash - was stolen at an elementary school in Lincoln City, Oregon.

g.      Victim 7: On December 29, 2021, Victim 7's wallet - containing her driver's license, social security card, credit card, and checkbook - was stolen at a yoga center in Newport, Oregon.

13.    The following financial institutions were targeted by the conspiracy and scheme to defraud, resulting a total loss of $119,286 (actual loss of $110,720 and attempted loss of $8,566):

a.      Columbia Bank (Oregon): $6,975 Actual Loss and $8,566 Attempted Loss

b.      Solarity Credit Union (Washington): $17,615 Actual Loss

c.      Idaho Central Credit Union (Idaho): $62,770 Actual Loss

**Indictment**                                                              **Page 4**

d.  O Bee Credit Union (Washington): $3,865 Actual Loss

e.  TwinStar Credit Union (Washington): $19,488 Actual Loss

All in violation of 18 U.S.C. § 1349.

## COUNTS 2-5
### (Bank Fraud)
### (18 U.S.C. § 1344)

14.  All prior paragraphs of this Indictment are incorporated herein.

15.  On or about the dates set forth below in each Count, in the District of Oregon and elsewhere, defendant ▓▓▓▓▓▓▓▓▓ knowingly and with the intent to deceive and obtain property and money, attempted to execute, did execute, and aided and abated the execution of a material scheme and artifice to defraud financial institutions as to obtain money, funds, or property owned or under the control of the named financial institutions by means of materially false or fraudulent pretenses, representations, or promises, to wit, defendant impersonated customers of financial institutions in order to convert stolen checks from victims' accounts at other institutions to cash, as more specifically set forth below in each count:

| Count | Date | Amount | Financial Institution | Description of Execution |
|-------|------|--------|----------------------|--------------------------|
| 2 | 12/31/21 | 3,875.00 | Columbia Bank account of Victim 7 | Cashing check from Victim 7 using Victim 6's Identification |
| 3 | 12/31/21 | $3,100.00 | Columbia Bank account of Victim 4 | Cashing check from Victim 4 using Victim 6's Identification |
| 4 | 12/31/21 | $4,283.00 | Columbia Bank account of Victim 4 | Cashing Check from Victim 4 using Victim 6's Identification |
| 5 | 12/31/21 | $4,283.00 | Columbia Bank account of Victim 4 | Cashing Check from Victim 4 using Victim 6's Identification |

All in violation of 18 U.S.C. § 1344.

**Indictment**                                                     **Page 5**

**COUNTS 6–8**
**(Aggravated Identity Theft)**
**(18 U.S.C. § 1028A)**

16.     All prior paragraphs of the Indictment are incorporated herein.

17.     On or about the dates set forth below, in the District of Oregon and elsewhere, defendant ████████████████████ did knowingly transfer, possess, and use, and aided and abetted the same, without lawful authority, a means of identification of another, knowing that the means of identification belonged to a real person, during and in relation to felony violations of Bank Fraud (in violation of 18 U.S.C. § 1344(1) and (2)) and Conspiracy to Commit Bank Fraud (in violation of 18 U.S.C. § 1349).

| Count | Date Transfer/Possessed/Used | Identification | Offense |
|-------|------------------------------|----------------|---------|
| 6 | 12/31/21 | Victim 6 | Conspiracy to Commit Bank Fraud (Count 1) Bank Fraud (Counts 2–5) |
| 7 | 12/31/21 | Victim 7 | Conspiracy to Commit Bank Fraud (Count 1) Bank Fraud (Count 2) |
| 8 | 12/31/21 | Victim 4 | Conspiracy to Commit Bank Fraud (Count 1) Bank Fraud (Count 3–5) |

All in violation of 18 U.S.C. § 1028A.

**FORFEITURE ALLEGATION**

18.     Upon conviction of the offenses alleged in Counts 1-5 of this Indictment, defendant shall forfeit to the United States pursuant to 18 U.S.C. § 982(a)(2) any property constituting, or derived from, proceeds defendant obtained directly or indirectly as the result of the violation(s), including but not limited to a money judgment for a sum of money equal to the amount of property involved in or derived from the offense(s).

19.     If the above-described forfeitable property, as a result of any act or omission of defendant:

**Indictment**                                                    **Page 6**

    a.       cannot be located upon the exercise of due diligence;

    b.       has been transferred or sold to, or deposited with, a third party;

    c.       has been placed beyond the jurisdiction of the court;

    d.       has been substantially diminished in value; or

    e.       has been commingled with other property which cannot be divided without difficulty;

the United States of America shall be entitled to forfeiture of substitute property pursuant to 21 U.S.C. § 853(p), as incorporated by 18 U.S.C. § 982(b).

Dated: May 19, 2022                        A TRUE BILL.

                                                     OFFICIATING FOREPERSON

Presented by:

SCOTT ERIK ASPHAUG
United States Attorney

SIDDHARTH DADHICH, TSB # 24096310
Assistant United States Attorney

**Indictment**                                                       **Page 7**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA
Plaintiff

vs

Case No: **22-6344-MJ-STRAUSS**

OLIVER EDWARDS ,

Defendant

# **O R D E R**

THIS CAUSE is before the Court for the initial appearance of the above-named

defendant(s) on a SEALED INDICTMENT filed in the District of Oregon.

UPON ORAL motion of the government in open court that the case be unsealed, it is

hereby:

ORDERED AND ADJUDGED that the SEALED INDICTMENT filed in the District of

Oregon be unsealed as to all parties.

DONE AND ORDERED at Fort Lauderdale, Florida this 18TH day of July, 2022.

JARED M. STRAUSS
UNITED STATES MAGISTRATE JUDGE

cc: All Counsel of Record

11

UNITED STATES DISTRICT COURT FOR SOUTHERN DISTRICT OF FLORIDA **COURT ORDER/MINUTES**

U.S. MAGISTRATE JUDGE JARED M. STRAUSS- FORT LAUDERDALE, FLORIDA (203-D)

DEFT: OLIVER EDWARDS (J)#11294-510

CASE NO: 22-6344-STRAUSS

AUSA: (J. KAPLAN DUTY AUSA)

ATTY:

USPO:

VIOL: 18:U.S.C.§ 1349

PROCEEDING: INITIAL APPEARANCE ON A REMOVAL FROM OREGON

RECOMMENDED BOND:

BOND/PTD HEARING HELD - yes / no

COUNSEL APPOINTED: **FPD: JUAN MICHELEN**

BOND SET @: **$200,000 PSB**

To be cosigned by: **DEFT'S GIRLFRIEND**

❑ All standard conditions

❑ Do not encumber property.

❑ Surrender and / or do not obtain passports / travel documents.

❑ Rpt to PTS as directed / or_ x's a week/month by phone; _ x's a week/month in person.

❑ Random urine testing by Pretrial Services. _____ Treatment as deemed necessary.

❑ Maintain or seek full - time employment.

❑ No contact with victims / witnesses.

❑ No firearms.

❑ Electronic Monitoring:

❑ Travel extended to:

❑ Other:

**DEFENDANT PRESENT IN COURT**

**GOVERNMENT MOVES TO UNSEAL INDICTMENT**

**ORDER ENTERED, INDICTMENT UNSEALED.**

**ADVISED OF CHARGES. REQUEST COURT TO APPOINT**

**COUNSEL. SWORN/TEST. FOUND INDIGENT. FPD**

**APPOINTED. GOVERNMENT RECOMMENDS $200,000 PSB**

**COURT ACCEPTS BOND OF $200,000 PSB**

**WAIVED REMOVAL. ORDER OF REMOVAL ENTERED**

**MR KAPLAN TO CONTACT AUSA IN OREGON AS TO**

**WHEN DEFENDANT NEEDS TO APPEAR IN OREGON**

**WILL LET MR. MICHELEN KNOW.**

| NEXT COURT APPEARANCE: | DATE: | TIME: | JUDGE: | PLACE: |
|---|---|---|---|---|
| | | | | |

REPORT RE COUNSEL:

PTD/BOND HEARING:

ARRAIGN OR PRELIM HRG:

STATUS RE RULE 20/REMOVAL HRG

| | | | | | | |
|---|---|---|---|---|---|---|
| 07/18/22 | TIME: | **11:00 AM** | FTL/TAPE/# JMS- | Begin | **DAR:** | |

**[25 MINUTES] *** RECORDED IN ROOM 203-D JUDGE SNOW'S COURTROOM**
*** THE TIME FROM TODAY THROUGH THE RE-SCHEDULED DATE IS EXCLUDED FROM THE DEADLINE FOR TRIAL AS
COMPUTED UNDER THE SPEEDY TRIAL ACT *** (YES OR NO) DAR: 11:59:36-12:23:50**

# UNITED STATES DISTRICT COURT
## FOR THE

### SOUTHERN DISTRICT OF FLORIDA

Our Case No: <u>22-6344-STRAUSS</u>
Your Case No: <u>3:22-CR-187-MO</u>

**United States of America**

vs

**WAIVER OF REMOVAL HEARING**

**Oliver Edwards**

**I** , **Oliver Edwards** charged in a proceeding on an **Indictment in Violation of 18:U.S.C.§1349 Conspiracy To Commit Bank Fraud in the District of Oregon and** having been arrested in the **Southern District of Florida (Fort Lauderdale)** and taken before **United States Magistrate Jared M. Strauss**, for that district, who informed me of the charge and of my right to retain counsel or request the assignment of counsel if I am unable to retain counsel, and to have a removal hearing or execute a waiver thereof, do hereby waive a hearing before the aforementioned Magistrate Judge and consent to the issuance of a Warrant for my Removal to the **District of Oregon** where the aforesaid charge is pending against me.

Monday   July   18th,   2022

_____
Signature of defendant

_____
Jared M. Strauss
United States Magistrate Judge (7/18/2022)

cc: All Counsel

13

(Revised 03/2020)

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

## APPEARANCE BOND: _____

## CASE NO.: 22-6344-STRAUSS

UNITED STATES OF AMERICA:

        Plaintiff,

v.

                                        USM # : 11294-510 _____

OLIVER EDWARDS

        Defendant,

_____/

I, the undersigned defendant and I or we, the undersigned sureties, jointly and severally acknowledge that we and our personal representatives, jointly and severally, are bound to pay the United States of America, the sum of

$ *200,000 /SB*

## STANDARD CONDITIONS OF BOND

*{ DEFT'S GIRLFRIEND }*

**The conditions of this bond are that the defendant:**

1. Shall appear before this Court and at such other places as the defendant may be required to appear, in accordance with any and all orders and directions relating to the defendant's appearance in this case, including appearance for violation of a condition of the defendant's release as may be ordered or notified by this Court or any other United States District Court to which the defendant may be held to answer or the cause transferred. The defendant is required to ascertain from the Clerk of Court or defense counsel the time and place of all scheduled proceedings on the case. In no event may a defendant assume that his or her case has been dismissed unless the Court has entered an order of dismissal. The defendant is to abide by any judgment entered in such matter by surrendering to serve any sentence imposed and obeying any order or direction in connection with such judgment. This is a continuing bond, including any proceeding on appeal or review, which shall remain in full force and effect until such time as the Court shall order otherwise.

2. May not travel outside the Southern District of Florida unless otherwise approved by the Court prior to any such travel. The Southern District of Florida consists of the following counties: Broward, Highlands, Indian River, Martin, Miami-Dade, Monroe, Okeechobee, Palm Beach and St. Lucie.

3. May not change his/her present address without prior notification and approval from the U.S. Probation Officer or the Court.

4. Must cooperate with law enforcement officers in the collection of a DNA sample if the collection is required by 42 U.S.C. Section 14135a.

5. Must not violate any federal, state or local law while on release in this case. Should the defendant come in contact with law enforcement he/she shall notify the U.S. Probation Officer within 72 hours.

DEFENDANT: O. EDWARDS
CASE NUMBER: 22-6344-STRAUSS
PAGE TWO

## SPECIAL CONDITIONS OF BOND

In addition to compliance with the previously stated conditions of bond, the defendant must comply with the special conditions checked below:

✓ a. Surrender all passports and travel documents, if any, to Pretrial Services and not obtain any travel documents during the pendency of the case;

✓ b. Report to Pretrial Services as follows: ( ) as directed or ___ time(s) a week in person and ___ time(s) a week by telephone;

___ c. Submit to substance abuse testing and/or treatment, contribute to the cost of services rendered based on ability to pay, as determined by the U.S. Probation Officer;

✓ d. Refrain from ___ excessive OR ___ abstain from alcohol use or any use of a narcotic drug or other controlled substance, as defined in section 102 of the Controlled Substances Act (21 U.S.C. §802), without a prescription by a licensed medical practitioner;

___ e. Participate in a mental health assessment and/or treatment and contribute to the costs of services rendered based on ability to pay, as determined by the U.S. Probation Officer;

___ f. Employment restriction(s): _____

✓ g. Maintain or actively seek full-time employment;

___ h. Maintain or begin an educational program;

✓ i. Avoid all contact with victims or witnesses to the crimes charged, except through counsel. The AUSA shall provide defense counsel and pretrial services with the names of all victims or witnesses. The prohibition against contact does not take effect until defense counsel receives the list. The prohibition against contact applies only to those persons on the list, but the prosecutor may expand the list by sending written notice to defense counsel and pretrial services.;

✓ j. Avoid all contact with co-defendants and defendants in related cases, except through counsel;

✓ k. Refrain from possessing a firearm, destructive device or other dangerous weapons and shall surrender (if any), their concealed weapons permit to the U.S. Probation Office;

✓ l. None of the signatories may sell, pledge, mortgage, hypothecate, encumber, etc., any real property they own, until the bond is discharged, or otherwise modified by the Court;

✓ m. May not visit commercial transportation establishment: airports, seaport/marinas, commercial bus terminals, train stations, etc.; *EXCEPT IF NECESSARY TO TRAVEL TO OREGON FOR COURT.*

___ n. Defendant shall consent to the U.S. Probation Officer conducting periodic unannounced examinations of the defendant's computer equipment at his/her place of employment or on the computer at his/her residence which may include retrieval and copying of all data from the computer(s) and any internal or external peripherals to ensure compliance with this condition and/or removal of such equipment for the purpose of conducting a more thorough inspection; and consent at the direction of the U.S. Probation Officer to have installed on the defendant's computer(s), at the defendant's expense, any hardware or software systems to monitor the defendant's computer use;

DEFENDANT: O. EDWARDS
CASE NUMBER: 22-6344-STRAUSS
PAGE THREE

✓ o. **LOCATION MONITORING PROGRAM:** The defendant shall be monitored by the form of location monitoring and shall abide by all technology requirements as noted below, as well as contribute to the costs of services rendered based on ( ) ability to pay as determined by the U.S. Probation Officer – or – ( ) paid by U.S. Probation;

✓ Location monitoring technology at the discretion of the officer

__ Radio Frequency (RF) monitoring (Electronic Monitoring)

__ Active GPS Monitoring

__ Voice Recognition

✓ Curfew: You are restricted to your residence every day from _8_ PM to _6_ AM, or as directed by the supervising officer. OR ANY ALLOWANCES BY PRETRIAL SERVICES.

                    **OR**

__ Home Detention: You are restricted to your residence at all times except for:
( ) medical
( ) substance abuse or mental health treatment
( ) court appearances
( ) attorney visits or court ordered obligations
( ) religious services
( ) employment
( ) other activities as pre-approved by the supervising officer

— p. **RESIDENTIAL RE-ENTRY CENTER:** The defendant shall reside at a residential re-entry center or halfway house and abide by all the rules and regulations of the program. The cost to be paid by ( )Pretrial Services or ( ) based on the defendant's ability to pay. You are restricted to the residential re-entry center/halfway house at all times except for:
( ) employment
( ) education
( ) religious services
( ) medical, substance abuse, or mental health treatment
( ) attorney visits
( ) court appearances
( ) court ordered obligations
( ) reporting to Pretrial Services
( ) other _____

— q. Third-Party Custody: _____will serve as a third party custodian and will report any violations of the release conditions to the U.S. Probation Officer. Failure to comply with these requirements, the third party custodian can be subject to the provisions of 18 U.S.C. § 401, Contempt of Court.

r. The defendant shall submit his person, property, residence, vehicle, papers, computers, (as defined in 18 U.S.C. 1030(e)(1)), other electronic communication or data storage devices or media, or office, to a search conducted by a United States Probation Officer. The defendant must warn any other occupants that the premises may be subject to searches pursuant to this condition. Any search must be conducted at a reasonable time and in a reasonable manner.

DEFENDANT: O. EDWARDS
CASE NUMBER: 22-6344-STRAUSS
PAGE FOUR

___ s. **Mandatory Adam Walsh Conditions:** Defendant shall abide by specified restrictions on personal associations, place of abode, or travel, to avoid all contact with an alleged victim of the crime and with a potential witness who may testify concerning the offense; report on a regular basis to a designated law enforcement agency, pretrial services agency or other agency; comply with a specified curfew (with electronic monitoring) and refrain from possessing a firearm, destructive device or other dangerous weapons.

___ t. Additional Sex Offense Conditions For Defendants Charged or Convicted of a Sexual Offense:

1. (   ) Defendant may not have contact with victim(s), or any child under the age of 18, unless approved by the Court or allowed by the U.S. Probation Officer.
2. (   ) The defendant shall not possess or use any data encryption technique or program and shall provide passwords and administrative rights to the U.S. Probation Officer.
3. (   ) Defendant shall participate in specialized sex offender evaluation and treatment, if necessary, and to contribute to the costs of services rendered based on ability to pay, as determined by the U.S. Probation Office.
4. (   ) Defendant shall not possess, procure, purchase or otherwise obtain any internet capable device and/or computer. Additionally, the defendant is prohibited from using another individual's computer or device that has internet capability.
5. (   ) Defendant is prohibited from establishing or maintaining any email account or social media account. Additionally, the defendant is prohibited from using another individual's email account or social media account. Must provide monthly or upon request, personal phone and credit card billings to Pretrial Services to confirm there are no services with any internet services provider.
6. (   ) Defendant is not permitted to enter places where children congregate including, but not limited to any play areas, playgrounds, libraries, children-themed restaurants, daycares, schools, amusement parks, carnivals/fairs, unless approved by the U.S. Probation Officer.
7. (   ) The defendant shall not be involved in any children's or youth organizations.
8. (   ) Defendant is prohibited from viewing, owning, or possessing any obscene, pornographic, or sexually stimulating visual or auditory material, including telephone, electronic media, computer programs, or computer services.
9. (   ) The defendant shall participate in a maintenance polygraph examination to periodically investigate the defendant's compliance. The polygraph examination shall specifically address only defendant's compliance or non-compliance with the special conditions of release and shall not inquire into the facts of the pending criminal case against defendant. The defendant will contribute to the costs of services rendered (co-payment) based on ability to pay or availability of third party payment.

✓ u. May travel to and from: ___SD/FL___, and must notify Pretrial Services of travel plans before leaving and upon return. *AND OREGON.*

✓ v. Comply with the following additional conditions of bond:
   RESIDE AT CURRENT ADDRESS AND DO NOT CHANGE RESIDENCE WITHOUT PRIOR
   APPROVAL FROM THE COURT.

*Allowed to travel to Oregon for Court Appearances only*

DEFENDANT: O. EDWARDS
CASE NUMBER: 22-6344-STRAUSS
PAGE FIVE

## PENALTIES AND SANCTIONS APPLICABLE TO DEFENDANT

Violation of any of the foregoing conditions of release may result in the immediate issuance of a warrant for the defendant's arrest, a revocation of release, and order of detention, as provided in 18 U.S.C. §3148, forfeiture of any bail posted, and a prosecution for contempt as provided in 18 U.S.C. §401, which could result in a possible term of imprisonment or a fine.

The commission of any offense while on pretrial release may result in an additional sentence upon conviction for such offense to a term of imprisonment of not more than ten years, if the offense is a felony; or a term of imprisonment of not more than one year, if the offense is a misdemeanor. This sentence shall be consecutive to any other sentence and must be imposed in addition to the sentence received for the offense itself.

Title 18 U.S.C. §1503 makes it a felony criminal offense punishable by imprisonment and a $250,000 fine to intimidate or attempt to intimidate a witness, juror or officer of the court; 18 U.S.C. §1510 makes it a felony criminal offense punishable by imprisonment and a $250,000 fine to obstruct a criminal investigation; 18 U.S.C. §1512 makes it a felony criminal offense punishable by imprisonment and a $250,000 fine to tamper with a witness, victim or informant; and 18 U.S.C. §1513 makes it a felony criminal offense punishable by imprisonment and a $250,000 fine to retaliate against a witness, victim or informant, or threaten to do so.

It is a criminal offense under 18 U.S.C. §3146, if after having been released, the defendant knowingly fails to appear as required by the conditions of release, or to surrender for the service of sentence pursuant to a court order. If the defendant was released in connection with a charge of, or while awaiting sentence, surrender for the service of a sentence, or appeal or certiorari after conviction for:

(1) an offense punishable by death, life imprisonment, or imprisonment for a term of fifteen years or more the defendant shall be fined not more than $250,000 or imprisoned for not more than ten years, or both;

(2) an offense punishable by imprisonment for a term of five years or more, but less than fifteen years, the defendant shall be fined not more than $250,000 or imprisoned for not more than five years, or both;

(3) any other felony, the defendant shall be fined not more than $250,000 or imprisoned not more than two years, or both;

(4) a misdemeanor, the defendant shall be fined not more than $100,000 or imprisoned not more than one year, or both.

A term of imprisonment imposed for failure to appear or surrender shall be consecutive to the sentence of imprisonment for any other offense. In addition, a failure to appear may result in the forfeiture of any bail posted, which means that the defendant will be obligated to pay the full amount of the bond, which may be enforced by all applicable laws of the United States.

**DEFENDANT: O. EDWARDS**
**CASE NUMBER: 22-6344-STRAUSS**
**PAGE SIX**

## PENALTIES AND SANCTIONS APPLICABLE TO SURETIES

Violation by the defendant of any of the foregoing conditions of release will result in an immediate obligation by the surety or sureties to pay the full amount of the bond. Forfeiture of the bond for any breach of one or more conditions may be declared by a judicial officer of any United States District Court having cognizance of the above entitled matter at the time of such breach, and if the bond is forfeited and the forfeiture is not set aside or remitted, judgment may be entered upon motion in such United States District Court against each surety jointly and severally for the amount of the bond, together with interest and costs, and execution may be issued and payment secured as provided by the Federal Rules of Criminal Procedure and other laws of the United States.

## SIGNATURES

I have carefully read and I understand this entire appearance bond consisting of seven pages, or it has been read to me, and, if necessary, translated into my native language, and I know that I am obligated by law to comply with all of the terms of this bond. I promise to obey all conditions of this bond, to appear in court as required, and to surrender for service of any sentence imposed. I am aware of the penalties and sanctions outlined in this bond for violations of the terms of the bond.

If I am an agent acting for or on behalf of a corporate surety, I further represent that I am a duly authorized agent for the corporate surety and have full power to execute this bond in the amount stated.

### DEFENDANT

Signed this 18th day of July , 22 at FTL , Florida

Signed and acknowledged before me:           DEFENDANT: (Signature)

WITNESS: _____          Fort Lauderdale            Florida
                                                                        City                                    State
_____     _____
        City                     State

### CORPORATE SURETY

Signed this_____ day of _____ , 22 at _____ , Florida

SURETY: _____          AGENT: (Signature) _____

                                                                     PRINT NAME: _____
_____     _____
        City                     State

### INDIVIDUAL SURETIES

Signed this 18 day of July , 22 at FTL , Florida          Signed this ___ day of _____ , 22 at _____ , Florida

SURETY: (Signature)                                                        SURETY: (Signature) _____

PRINT NAME: Crystal Graham                                        PRINT NAME: _____

RELATIONSHIP TO DEFENDANT: GIRLFRIEND          RELATIONSHIP TO DEFENDANT: _____

Fort Lauderdale          Florida
          City                          State

Signed this ___ day of _____ , 22 at ____ , Florida          Signed this ___ day of _____ , 22 at _____ , Florida

SURETY: (Signature) _____                          SURETY: (Signature) _____

PRINT NAME: _____                                    PRINT NAME: _____

RELATIONSHIP TO DEFENDANT: _____            RELATIONSHIP TO DEFENDANT: _____

_____     _____                   _____     _____
        City                     State                                      City                     State

### APPROVAL BY THE COURT

Date: JULY 18TH, 2022

**JARED M. STRAUSS**
**UNITED STATES MAGISTRATE JUDGE**

(Revised 03/2020)

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

## APPEARANCE BOND: _____

### CASE NO.: 22-6344-STRAUSS

UNITED STATES OF AMERICA:

                    Plaintiff,

v.

                                       USM # : 11294-510 _____

OLIVER EDWARDS

                    Defendant,

_____/

I, the undersigned defendant and I or we, the undersigned sureties, jointly and severally acknowledge that we and our personal representatives, jointly and severally, are bound to pay the United States of America, the sum of $ *200,000 PSB*

### STANDARD CONDITIONS OF BOND

} DEFT'S GIRLFRIEND }

**The conditions of this bond are that the defendant:**

1. Shall appear before this Court and at such other places as the defendant may be required to appear, in accordance with any and all orders and directions relating to the defendant's appearance in this case, including appearance for violation of a condition of the defendant's release as may be ordered or notified by this Court or any other United States District Court to which the defendant may be held to answer or the cause transferred. The defendant is required to ascertain from the Clerk of Court or defense counsel the time and place of all scheduled proceedings on the case. In no event may a defendant assume that his or her case has been dismissed unless the Court has entered an order of dismissal. The defendant is to abide by any judgment entered in such matter by surrendering to serve any sentence imposed and obeying any order or direction in connection with such judgment. This is a continuing bond, including any proceeding on appeal or review, which shall remain in full force and effect until such time as the Court shall order otherwise.

2. May not travel outside the Southern District of Florida unless otherwise approved by the Court prior to any such travel. The Southern District of Florida consists of the following counties: Broward, Highlands, Indian River, Martin, Miami-Dade, Monroe, Okeechobee, Palm Beach and St. Lucie.

3. May not change his/her present address without prior notification and approval from the U.S. Probation Officer or the Court.

4. Must cooperate with law enforcement officers in the collection of a DNA sample if the collection is required by 42 U.S.C. Section 14135a.

5. Must not violate any federal, state or local law while on release in this case. Should the defendant come in contact with law enforcement he/she shall notify the U.S. Probation Officer within 72 hours.

DEFENDANT: O. EDWARDS
CASE NUMBER: 22-6344-STRAUSS
PAGE TWO

## SPECIAL CONDITIONS OF BOND

In addition to compliance with the previously stated conditions of bond, the defendant must comply with the special conditions checked below:

✓a. Surrender all passports and travel documents, if any, to Pretrial Services and not obtain any travel documents during the pendency of the case;

✓b. Report to Pretrial Services as follows: ( ) as directed or___ time(s) a week in person and___ time(s) a week by telephone;

___ c. Submit to substance abuse testing and/or treatment, contribute to the cost of services rendered based on ability to pay, as determined by the U.S. Probation Officer;

✓d. Refrain from ____excessive OR ___abstain from alcohol use or any use of a narcotic drug or other controlled substance, as defined in section 102 of the Controlled Substances Act (21 U.S.C. §802), without a prescription by a licensed medical practitioner;

___ e. Participate in a mental health assessment and/or treatment and contribute to the costs of services rendered based on ability to pay, as determined by the U.S. Probation Officer;

___ f. Employment restriction(s): _____

✓g. Maintain or actively seek full-time employment;

___ h. Maintain or begin an educational program;

✓ i. Avoid all contact with victims or witnesses to the crimes charged, except through counsel. The AUSA shall provide defense counsel and pretrial services with the names of all victims or witnesses. The prohibition against contact does not take effect until defense counsel receives the list. The prohibition against contact applies only to those persons on the list, but the prosecutor may expand the list by sending written notice to defense counsel and pretrial services.;

✓j. Avoid all contact with co-defendants and defendants in related cases, except through counsel;

✓k. Refrain from possessing a firearm, destructive device or other dangerous weapons and shall surrender (if any), their concealed weapons permit to the U.S. Probation Office;

✓l. None of the signatories may sell, pledge, mortgage, hypothecate, encumber, etc., any real property they own, until the bond is discharged, or otherwise modified by the Court;

✓m. May not visit commercial transportation establishment: airports, seaport/marinas, commercial bus terminals, train stations, etc.; EXCEPT IF NECESSARY TO TRAVEL TO OREGON FOR COURT.

___ n. Defendant shall consent to the U.S. Probation Officer conducting periodic unannounced examinations of the defendant's computer equipment at his/her place of employment or on the computer at his/her residence which may include retrieval and copying of all data from the computer(s) and any internal or external peripherals to ensure compliance with this condition and/or removal of such equipment for the purpose of conducting a more thorough inspection; and consent at the direction of the U.S. Probation Officer to have installed on the defendant's computer(s), at the defendant's expense, any hardware or software systems to monitor the defendant's computer use;

DEFENDANT: O. EDWARDS
CASE NUMBER: 22-6344-STRAUSS
PAGE THREE

✓ o. **LOCATION MONITORING PROGRAM:** The defendant shall be monitored by the form of location monitoring and shall abide by all technology requirements as noted below, as well as contribute to the costs of services rendered based on ( ) ability to pay as determined by the U.S. Probation Officer – or – ( ) paid by U.S. Probation;

✓ Location monitoring technology at the discretion of the officer

__ Radio Frequency (RF) monitoring (Electronic Monitoring)

__ Active GPS Monitoring

__ Voice Recognition

✓ Curfew: You are restricted to your residence every day from _8 PM_ to _6 AM_, or as directed by the supervising officer. OR ANY ALLOWANCES BY PRETRIAL SERVICES.

**OR**

__ Home Detention: You are restricted to your residence at all times except for:
    ( ) medical
    ( ) substance abuse or mental health treatment
    ( ) court appearances
    ( ) attorney visits or court ordered obligations
    ( ) religious services
    ( ) employment
    ( ) other activities as pre-approved by the supervising officer

— p. **RESIDENTIAL RE-ENTRY CENTER:** The defendant shall reside at a residential re-entry center or halfway house and abide by all the rules and regulations of the program. The cost to be paid by ( )Pretrial Services or ( ) based on the defendant's ability to pay. You are restricted to the residential re-entry center/halfway house at all times except for:
    ( ) employment
    ( ) education
    ( ) religious services
    ( ) medical, substance abuse, or mental health treatment
    ( ) attorney visits
    ( ) court appearances
    ( ) court ordered obligations
    ( ) reporting to Pretrial Services
    ( ) other _____

— q. Third-Party Custody: _____will serve as a third party custodian and will report any violations of the release conditions to the U.S. Probation Officer. Failure to comply with these requirements, the third party custodian can be subject to the provisions of 18 U.S.C. § 401, Contempt of Court.

— r. The defendant shall submit his person, property, residence, vehicle, papers, computers, (as defined in 18 U.S.C. 1030(e)(1)), other electronic communication or data storage devices or media, or office, to a search conducted by a United States Probation Officer. The defendant must warn any other occupants that the premises may be subject to searches pursuant to this condition. Any search must be conducted at a reasonable time and in a reasonable manner.

DEFENDANT: O. EDWARDS
CASE NUMBER: 22-6344-STRAUSS
PAGE FOUR

___ s. **Mandatory Adam Walsh Conditions:** Defendant shall abide by specified restrictions on personal associations, place of abode, or travel, to avoid all contact with an alleged victim of the crime and with a potential witness who may testify concerning the offense; report on a regular basis to a designated law enforcement agency, pretrial services agency or other agency; comply with a specified curfew (with electronic monitoring) and refrain from possessing a firearm, destructive device or other dangerous weapons.

___ t. Additional Sex Offense Conditions For Defendants Charged or Convicted of a Sexual Offense:

1. (  ) Defendant may not have contact with victim(s), or any child under the age of 18, unless approved by the Court or allowed by the U.S. Probation Officer.
2. (  ) The defendant shall not possess or use any data encryption technique or program and shall provide passwords and administrative rights to the U.S. Probation Officer.
3. (  ) Defendant shall participate in specialized sex offender evaluation and treatment, if necessary, and to contribute to the costs of services rendered based on ability to pay, as determined by the U.S. Probation Office.
4. (  ) Defendant shall not possess, procure, purchase or otherwise obtain any internet capable device and/or computer. Additionally, the defendant is prohibited from using another individual's computer or device that has internet capability.
5. (  ) Defendant is prohibited from establishing or maintaining any email account or social media account. Additionally, the defendant is prohibited from using another individual's email account or social media account. Must provide monthly or upon request, personal phone and credit card billings to Pretrial Services to confirm there are no services with any internet services provider.
6. (  ) Defendant is not permitted to enter places where children congregate including, but not limited to any play areas, playgrounds, libraries, children-themed restaurants, daycares, schools, amusement parks, carnivals/fairs, unless approved by the U.S. Probation Officer.
7. (  ) The defendant shall not be involved in any children's or youth organizations.
8. (  ) Defendant is prohibited from viewing, owning, or possessing any obscene, pornographic, or sexually stimulating visual or auditory material, including telephone, electronic media, computer programs, or computer services.
9. (  ) The defendant shall participate in a maintenance polygraph examination to periodically investigate the defendant's compliance. The polygraph examination shall specifically address only defendant's compliance or non-compliance with the special conditions of release and shall not inquire into the facts of the pending criminal case against defendant. The defendant will contribute to the costs of services rendered (co-payment) based on ability to pay or availability of third party payment.

✓ u. May travel to and from: ___SD/FL___, and must notify Pretrial Services of travel plans before leaving and upon return. *AND OREGON.*

✓ v. Comply with the following additional conditions of bond:
   RESIDE AT CURRENT ADDRESS AND DO NOT CHANGE RESIDENCE WITHOUT PRIOR
   APPROVAL FROM THE COURT.

*Allowed to travel to Oregon for Court Appearances only*

DEFENDANT: O. EDWARDS
CASE NUMBER: 22-6344-STRAUSS
PAGE FIVE

## PENALTIES AND SANCTIONS APPLICABLE TO DEFENDANT

Violation of any of the foregoing conditions of release may result in the immediate issuance of a warrant for the defendant's arrest, a revocation of release, and order of detention, as provided in 18 U.S.C. §3148, forfeiture of any bail posted, and a prosecution for contempt as provided in 18 U.S.C. §401, which could result in a possible term of imprisonment or a fine.

The commission of any offense while on pretrial release may result in an additional sentence upon conviction for such offense to a term of imprisonment of not more than ten years, if the offense is a felony; or a term of imprisonment of not more than one year, if the offense is a misdemeanor. This sentence shall be consecutive to any other sentence and must be imposed in addition to the sentence received for the offense itself.

Title 18 U.S.C. §1503 makes it a felony criminal offense punishable by imprisonment and a $250,000 fine to intimidate or attempt to intimidate a witness, juror or officer of the court; 18 U.S.C. §1510 makes it a felony criminal offense punishable by imprisonment and a $250,000 fine to obstruct a criminal investigation; 18 U.S.C. §1512 makes it a felony criminal offense punishable by imprisonment and a $250,000 fine to tamper with a witness, victim or informant; and 18 U.S.C. §1513 makes it a felony criminal offense punishable by imprisonment and a $250,000 fine to retaliate against a witness, victim or informant, or threaten to do so.

It is a criminal offense under 18 U.S.C. §3146, if after having been released, the defendant knowingly fails to appear as required by the conditions of release, or to surrender for the service of sentence pursuant to a court order. If the defendant was released in connection with a charge of, or while awaiting sentence, surrender for the service of a sentence, or appeal or certiorari after conviction for:

(1) an offense punishable by death, life imprisonment, or imprisonment for a term of fifteen years or more the defendant shall be fined not more than $250,000 or imprisoned for not more than ten years, or both;

(2) an offense punishable by imprisonment for a term of five years or more, but less than fifteen years, the defendant shall be fined not more than $250,000 or imprisoned for not more than five years, or both;

(3) any other felony, the defendant shall be fined not more than $250,000 or imprisoned not more than two years, or both;

(4) a misdemeanor, the defendant shall be fined not more than $100,000 or imprisoned not more than one year, or both.

A term of imprisonment imposed for failure to appear or surrender shall be consecutive to the sentence of imprisonment for any other offense. In addition, a failure to appear may result in the forfeiture of any bail posted, which means that the defendant will be obligated to pay the full amount of the bond, which may be enforced by all applicable laws of the United States.

DEFENDANT: O. EDWARDS
CASE NUMBER: 22-6344-STRAUSS
PAGE SIX

## PENALTIES AND SANCTIONS APPLICABLE TO SURETIES

Violation by the defendant of any of the foregoing conditions of release will result in an immediate obligation by the surety or sureties to pay the full amount of the bond. Forfeiture of the bond for any breach of one or more conditions may be declared by a judicial officer of any United States District Court having cognizance of the above entitled matter at the time of such breach, and if the bond is forfeited and the forfeiture is not set aside or remitted, judgment may be entered upon motion in such United States District Court against each surety jointly and severally for the amount of the bond, together with interest and costs, and execution may be issued and payment secured as provided by the Federal Rules of Criminal Procedure and other laws of the United States.

## SIGNATURES

I have carefully read and I understand this entire appearance bond consisting of seven pages, or it has been read to me, and, if necessary, translated into my native language, and I know that I am obligated by law to comply with all of the terms of this bond. I promise to obey all conditions of this bond, to appear in court as required, and to surrender for service of any sentence imposed. I am aware of the penalties and sanctions outlined in this bond for violations of the terms of the bond.

If I am an agent acting for or on behalf of a corporate surety, I further represent that I am a duly authorized agent for the corporate surety and have full power to execute this bond in the amount stated.

### DEFENDANT

Signed this 18th day of July , 22 at FTL , Florida

Signed and acknowledged before me:  DEFENDANT: (Signature)

WITNESS: _____

City _____  State _____  Fort Lauderdale    Florida
City                              State

### CORPORATE SURETY

Signed this _____ day of _____, 22 at _____, Florida

SURETY: _____  AGENT: (Signature) _____

City _____  State _____  PRINT NAME: _____

### INDIVIDUAL SURETIES

Signed this 18 day of July , 22 at FTL , Florida

SURETY: (Signature) _____  SURETY: (Signature) _____

PRINT NAME: Crystal Lightbourne  PRINT NAME: _____

RELATIONSHIP TO DEFENDANT: GIRLFRIEND  RELATIONSHIP TO DEFENDANT: _____

Fort Lauderdale    Florida
City                              State                  City                              State

Signed this ____ day of _____, 22 at _____, Florida  Signed this ____ day of _____, 22 at _____, Florida

SURETY: (Signature) _____  SURETY: (Signature) _____

PRINT NAME: _____  PRINT NAME: _____

RELATIONSHIP TO DEFENDANT: _____  RELATIONSHIP TO DEFENDANT: _____

City _____  State _____  City _____  State _____

### APPROVAL BY THE COURT

Date: JULY 18TH, 2022

JARED M. STRAUSS
UNITED STATES MAGISTRATE JUDGE

CM/ECF RESTRICTED

**DEFENDANT: O. EDWARDS**
**CASE NUMBER: 22-6344-STRAUSS**
**PAGE SEVEN**

## PENALTIES AND SANCTIONS APPLICABLE TO SURETIES

Violation by the defendant of any of the foregoing conditions of release will result in an immediate obligation by the surety or sureties to pay the full amount of the bond. Forfeiture of the bond for any breach of one or more conditions may be declared by a judicial officer of any United States District Court having cognizance of the above entitled matter at the time of such breach, and if the bond is forfeited and the forfeiture is not set aside or remitted, judgment may be entered upon motion in such United States District Court against each surety jointly and severally for the amount of the bond, together with interest and costs, and execution may be issued and payment secured as provided by the Federal Rules of Criminal Procedure and other laws of the United States.

## SIGNATURES

I have carefully read and I understand this entire appearance bond consisting of seven pages, or it has been read to me, and, if necessary, translated into my native language, and I know that I am obligated by law to comply with all of the terms of this bond. I promise to obey all conditions of this bond, to appear in court as required, and to surrender for service of any sentence imposed. I am aware of the penalties and sanctions outlined in this bond for violations of the terms of the bond.

If I am an agent acting for or on behalf of a corporate surety, I further represent that I am a duly authorized agent for the corporate surety and have full power to execute this bond in the amount stated.

### DEFENDANT

Signed this **18th** day of **July**, 22 at **FTL**, Florida

Signed and acknowledged before me:

WITNESS: _____

ADDRESS: _____

_____ ZIP: _____

DEFENDANT: (Signature) _____

ADDRESS: **401 SW 76th Terr.**

**North Lauderdale, FL** ZIP: **33068**

TELEPHONE: **954-553-7264**

### CORPORATE SURETY

Signed this _____ day of _____, 22 ____ at _____, Florida

SURETY: _____

ADDRESS: _____

_____ ZIP: _____

AGENT: (Signature) _____

PRINT NAME: _____

TELEPHONE: _____

### INDIVIDUAL SURETIES

Signed this **18** day of **July**, 22 at **FTL**, Florida

SURETY: (Signature) _____

PRINT NAME: **Crystal Graham**

RELATIONSHIP TO DEFENDANT: **GIRLFRIEND**

ADDRESS: **401 SW 76th Terr**

**North Lauderdale, FL** ZIP: **33068**

TELEPHONE: _____

Signed this ____ day of _____, 22 __ at _____, Florida

SURETY: (Signature) _____

PRINT NAME: _____

RELATIONSHIP TO DEFENDANT: _____

ADDRESS: _____

_____ ZIP: _____

TELEPHONE: _____

Signed this ____ day of _____, 22 __ at _____, Florida

SURETY: (Signature) _____

PRINT NAME: _____

RELATIONSHIP TO DEFENDANT: _____

ADDRESS: _____

_____ ZIP: _____

TELEPHONE: _____

Signed this ____ day of _____, 22 __ at _____, Florida

SURETY: (Signature) _____

PRINT NAME: _____

RELATIONSHIP TO DEFENDANT: _____

ADDRESS: _____

_____ ZIP: _____

TELEPHONE: _____

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-6344-STRAUSS

UNITED STATES OF AMERICA

vs                              ORDER OF REMOVAL

OLIVER EDWARDS

It appearing that in the **District of Oregon an Indictment** was filed against the above-named defendant, that the defendant was arrested in the Southern District of Florida and was given a hearing before a United States Magistrate Judge at Fort Lauderdale, Florida, which official committed the defendant for removal to the **District of Oregon.**

it is ORDERED AND ADJUDGED that the defendant be removed to the above-named district for trial on said charge.

And it further appearing that the defendant waived further hearing in the said removal proceedings and was held by the Magistrate Judge for removal and posted bail in the amount of $ *200,000* (Personal) 10% CASH/OR **Corporate Surety Bond** which was approved by the United States Magistrate Judge, and it is further ORDERED that the defendant shall appear in the aforesaid district at such times and places as may be ordered by that District Court, in accordance with the terms and conditions of aforesaid bail bond furnished by the defendant, and it is further

ORDERED that the funds, plus interest, which may have been deposited on behalf of this defendant with the Clerk of the Court under Bail Reform Act be transferred to the district where removed.

DONE AND ORDERED at Fort Lauderdale, Florida this 18th day of JULY, 2022.

_____
JARED M. STRAUSS
U.S. MAGISTRATE JUDGE

cc: Miami, Financial